## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jessica L. Walter                                          CHAPTER 13

Debtor(s)

BKY. NO. 26-10236-JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.


Respectfully submitted,


/s/ Matthew Fissel

Matthew Fissel
07 May 2026, 13:05:32, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 13d58a0db414d34eb9d8726a839b7f4ae160f84452faff7f17c8da78a38d980f