# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-10236-JCM** |
| | : | |
| **Jessica L. Walter,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NA**

C.C.                          WALTER, JESSICA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **CASE NO. 26-10236-JCM** |
| | **:** | |
| **Jessica L. Walter,** | **:** | **CHAPTER 13** |
| **Debtor** | **:** | |
| | **:** | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Jessica L. Walter, hereby state as follows:

1.) I am Self-Employed through Uber where I bring home an average of $1,200.00 per month.
2.) I receive Veterans Affairs Survivor Benefits in the amount of $1,699.36 per month.
3.) I also receive Social Security Survivors Benefits in the amount of $1,888.50 per month.
4.) I was required to file 2024 – 2025 tax returns; therefore, I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: June 9, 2026                              */s/ Jessica L. Walter*
                                               Debtor

C.C.                          WALTER, JESSICA