**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 26–10236–JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Jessica L. Walter
704 Seneca Road
Meadville, PA 16335

Social Security No.:
xxx–xx–7965

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster | Ronda J. Winnecour |
| Foster Law Offices | Suite 3250, USX Tower |
| 1210 Park Avenue | 600 Grant Street |
| Meadville, PA 16335 | Pittsburgh, PA 15219 |
| Telephone number:  814.724.1165 | Telephone number:  412–471–5566 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 31, 2026
02:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1–412–532–8861

CONFIRMATION HEARING DATE/TIME/LOC
August 31, 2026
02:00 PM

Same location as
Meeting of Creditors

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/14/26

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-10236-JCM

Jessica L. Walter                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                         Page 1 of 2

Date Rcvd: Jul 14, 2026                       Form ID: rsc13                                     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica L. Walter, 704 Seneca Road, Meadville, PA 16335-2839 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2026 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2026 02:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16665596 | + | Email/Text: bankruptcydept@bhfcu.net | Jul 15 2026 02:16:00 | Black Hills Fcu, Attn: Bankruptcy, P.O.Box 1420, Rapid City, SD 57709-1420 |
| 16665597 | + | Email/Text: bankruptcy@cfi.org | Jul 15 2026 02:16:00 | CFNC, Attn: Bankruptcy, P.O. Box 41966, Raleigh, NC 27629-1966 |
| 16665598 | + | Email/Text: kslater@eriefcu.org | Jul 15 2026 02:16:00 | Erie Federal Credit Union, Attn: Bankruptcy Dept, 3503 Peach Street, Erie, PA 16508-2741 |
| 16665599 | ^ | MEBN | Jul 15 2026 02:10:36 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 16685890 | | Email/Text: camanagement@mtb.com | Jul 15 2026 02:16:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16665600 | | Email/Text: camanagement@mtb.com | Jul 15 2026 02:16:00 | M&T Bank, 345 Main Street, Buffalo, NY 14203 |
| 16665601 | | Email/Text: EBN@Mohela.com | Jul 15 2026 02:16:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 16665602 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 15 2026 02:16:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 16687681 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 15 2026 02:16:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 16667878 | ^ | MEBN | Jul 15 2026 02:10:41 | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |
| 16665603 | + | Email/Text: bankruptcy@td.com | Jul 15 2026 02:16:00 | TD Retail Card Services/Furniture First, Td Retail Card Services, Attn: Bankruptc, Po Box 100114, Columbia, SC 29202-3114 |

TOTAL: 13

District/off: 0315-1                             User: auto                                    Page 2 of 2
Date Rcvd: Jul 14, 2026                          Form ID: rsc13                               Total Noticed: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Jessica L. Walter dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4